# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

——————

No. 07-1306

——————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Plaintiff-Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Northern |
| | * | District of Iowa. |
| Robert Wilson Jr., | * | |
| | * | [UNPUBLISHED] |
| Defendant-Appellant. | * | |

——————

Submitted: November 13, 2007
Filed: November 19, 2007

——————

Before MELLOY, BEAM, and SHEPHERD, Circuit Judges.

——————

PER CURIAM.

Following a conviction for robbery affecting interstate commerce under the Hobb's Act, 18 U.S.C. § 1951(a), and gun charges under 18 U.S.C. §§ 922(g) and 924(c), Defendant Robert Wilson Jr. was sentenced to life imprisonment under the three-strikes provisions of 18 U.S.C. § 3559(c). On appeal, we affirmed as to most matters but reversed the application of § 3559(c) and remanded for resentencing. United States v. Dobbs, 449 F.3d 904 (8th Cir. 2006). On remand, the district court[1] sentenced Wilson at the bottom of an uncontested Sentencing Guidelines range of 360 months to life. In addition, the district court imposed a mandatory, consecutive 84

---

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

month sentence under § 924(c)(1)(A)(ii), bringing Wilson's total sentence to 444 months' imprisonment. This sentence was identical to that of his co-defendant in the robbery who had a less extensive criminal history.

Wilson appeals, arguing only that his sentence is unreasonable under United States v. Booker, 543 U.S. 220 (2005). We find his arguments to be without merit. The district court adequately considered the relevant sentencing factors under 18 U.S.C. § 3553(a), and we affirm in accordance with Eighth Circuit Rule of Appellate Procedure 47B.

_____